**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    Jeffery A Unland Sr
    Tiffany N Unland
          Debtor(s)

Case No. 12-07319

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2012.

2) The plan was confirmed on 06/20/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/22/2015.

6) Number of months from filing to last payment: 41.

7) Number of months case was pending: 49.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,800.00.

10) Amount of unsecured claims discharged without payment: $66,585.09.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,753.25 |
| Less amount refunded to debtor | $65.02 |

**NET RECEIPTS:** $7,688.23

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,281.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $295.96 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,576.96

Attorney fees paid and disclosed by debtor:      $719.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACCOUNT RESOLUTION SERVICES | Unsecured | 270.00 | NA | NA | 0.00 | 0.00 |
| AFTAB KAHN MD | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED PATHOLOGISTS/JOLIET | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| BELLSOUTH TELECOMMUNICATION | Unsecured | 400.00 | 511.71 | 511.71 | 51.17 | 0.00 |
| BONNIE YALE DDS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| BRIGHTHOUSE CABLE NETWORK | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| CLAY ELECTRIC COOPERATIVE INC | Unsecured | 200.00 | 246.38 | 246.38 | 24.64 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 250.00 | 448.61 | 448.61 | 44.86 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 300.00 | 297.72 | 297.72 | 29.77 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 60.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | NA | 5.73 | 5.73 | 0.57 | 0.00 |
| COMCAST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 800.00 | 1,613.68 | 1,613.68 | 161.37 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| FAMILY VIDEO | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 810.00 | NA | NA | 0.00 | 0.00 |
| FLORIDA POWER | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 1,350.00 | 1,328.50 | 1,328.50 | 132.85 | 0.00 |
| HEDGES CLINIC | Unsecured | 30.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Unsecured | 750.00 | 709.10 | 709.10 | 70.91 | 0.00 |
| IC SYSTEMS INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF EMPLOYMENT SE | Unsecured | 1,500.00 | 1,818.31 | 1,818.31 | 181.83 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| JIM WULF | Unsecured | NA | 4,609.25 | 4,609.25 | 99.57 | 0.00 |
| JOHNSON PEDIATRICS | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| JOLIET WOMENS HEALTH CENTER | Unsecured | 450.00 | NA | NA | 0.00 | 0.00 |
| LCA COLLECTIONS | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| LTD COMMODITIES | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,800.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 1,300.00 | 1,256.79 | 1,256.79 | 125.68 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 1,000.00 | 3,806.48 | 3,806.48 | 380.65 | 0.00 |
| NATIONAL BOND COLLECTION | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| NEW LENOX FAMILY DENTISTRY | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 900.00 | 976.54 | 976.54 | 97.65 | 0.00 |
| NORTH AMERICAN CREDIT SVC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| OBERWEIS DAIRY | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| ORANGE PARK MEDICAL CENTER H | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| PHILIP DOHERTY | Unsecured | 4,500.00 | 4,318.18 | 4,318.18 | 431.82 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 9,000.00 | 11,336.86 | 11,336.86 | 1,133.69 | 0.00 |
| PYOD | Unsecured | 9,100.00 | 11,209.44 | 11,209.44 | 1,120.94 | 0.00 |
| RIDGE DENTAL | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| SKO BRENNER AMERICAN | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 2,800.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SPRINT CORP | Unsecured | 700.00 | 3,061.24 | 3,061.24 | 306.12 | 0.00 |
| SPRINT CORP | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| STANDARD BANK & TRUST CO | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 1,600.00 | 672.96 | 672.96 | 67.30 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 1,000.00 | 466.01 | 466.01 | 46.60 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 621.03 | 621.03 | 62.10 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | NA | 944.14 | 944.14 | 94.41 | 0.00 |
| T MOBILE | Unsecured | 3,000.00 | 168.19 | 168.19 | 16.82 | 0.00 |
| T MOBILE | Unsecured | NA | 2,110.51 | 2,110.51 | 211.05 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 2,000.00 | 1,417.00 | 1,417.00 | 141.70 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | NA | 772.00 | 772.00 | 77.20 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$54,726.36** | **$5,111.27** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $2,576.96 |
| Disbursements to Creditors | $5,111.27 |
| **TOTAL DISBURSEMENTS:** | **$7,688.23** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/07/2016          By: /s/ Glenn Stearns
                                                               Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**